**Order filed, February 18, 2015.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-14-00767-CV
_____

**STEAK R US, INC. D/B/A PEPPERS BEEF AND SEAFOOD, Appellant**

**V.**

**WEINGARTEN REALTY INVESTORS, WEINGARTEN REALTY MANAGEMENT COMPANY AND WRI-AEW LONE STAR RETAIL PORTFOLIO, Appellee**

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-07076**

## ORDER

The reporter's record in this case was due **February 11, 2015**.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Kathleen Keese**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM